*Paul Zanoni*, pro se, and *Rosalie B. Zanoni*, pro se, in support of the petition.

Decided November 20, 2003

ROSALIE B. ZANONI ET AL. *v.* KAREN R. LYNCH

The plaintiffs' petition for certification for appeal from the Appellate Court, 79 Conn. App. 309 (AC 22873), is denied.

*Paul Zanoni*, pro se, and *Rosalie B. Zanoni*, pro se, in support of the petition.

Decided November 20, 2003

WENDY MCDONALD ET AL. *v.* NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA

The plaintiffs' petition for certification for appeal from the Appellate Court, 79 Conn. App. 800 (AC 22876), is denied.

*David A. Zipfel*, in support of the petition.

*Anne Kelly Zovas*, in opposition.

The plaintiff's petition for certification for appeal from the Appellate Court, 79 Conn. App. 740 (AC 22901), is denied.